1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| MONYA BLANTON and DIANE JOA,<br><br>                              Plaintiffs,<br><br>v.<br><br>TORREY PINES PROPERTY<br>MANAGEMENT, INC., et al.,<br><br>                              Defendants. | Case No.:  15-CV-0892 W (NLS)<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR PROTECTIVE ORDER**<br><br>**(Dkt. No. 33)** |

19
20
21
22
23
24
25
26
27
28

On February 19, 2016, the parties filed a stipulation and joint motion for entry of a confidentiality order under Federal Rules of Civil Procedure 26 and 29.  Having reviewed the parties' joint motion and proposed protective order, the Court **DENIES WITHOUT PREJUDICE** the parties' joint motion.  The parties do not provide any showing of good cause to support entry of the requested protective order under Rule 26.  The parties also do not include in their proposed protective order the provisions mandated by the undersigned's Chambers Rules or the 45-day rule regarding timing to ask for judicial intervention to determine challenges to designations.  *See* Chmb. Rule VII.

/

/

1    If the parties wish to file re-file a joint motion for entry of a protective order, they should

2    remedy the deficiencies noted above.

3            **IT IS SO ORDERED.**

4    Dated:  February 23, 2016

5

6                                        Hon. Nita L. Stormes
                                         United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15-CV-0892 W (NLS)